*Mark ☆ andrew : johnson*
*candi - lee*

**lance-steven:andra**
**in care of: 41 East ,400 North #338**
**Logan Utah near[84321]**
**zip exempt,**
**without UNITED STATES**

# 'federal Court'

## at

# united States District Court

## for

# Utah

FILED US District Court-UT
APR 08 '22 AM11:23

| | |
|---|---|
| i;man, lance-steven:[andra:] | ) |
| i;man, mark-andrew:[johnson:] | ) |
| i;woman, candi-lee | ) |
| | ) |
| ***claim presser(s), prosecutor*** | ) |
| _____ | ) |
| | ) |
| the man;Ryan Arbon ,the man; jess | ) |
| (l) Anderson, the man; brandon | ) |
| mortensen, the man; joseph bean | ) |
| the man; nicholas caine, the woman; | ) |
| cheyenne fisher, the man;carl | ) |
| anderson, the woman zoila burton | ) |
| the woman; Nicole Green, the man; | ) |
| Paul Olds, the man; rhett potter the | ) |
| woman;Shannon Treseder, the  man; | ) |
| Jack Neiger, the woman; Letitia | ) |
| Toombs, the man Jeff Rowell, | ) |
| the man; Edward Kelly, the woman | ) |
| (T.)Strong9unknown), the woman | ) |
| Luka (unknown) the woman; Sandra | ) |
| Baltazar ,the man;Noel (S) Hyde, | ) |
| the woman; Dee Smith, | ) |
| ***wrongdoers*** | ) |

**Nature of case: claim**

**Trespass (Private Property)**

Case: 1:22–cv–00055
Assigned To : Oberg, Daphne A.
Assign. Date : 4/8/2022
Description: Andra v Arbon et al

**(verified)**

_____





# claim: Trespass (Private Property)

**i; man, lance-steven:andra:**
**i;man, mark-andrew:[johnson:] [POM]**
**i;woman, candi-lee:[POM]**

**claim;**

- **the said wrongdoer(s) Trespass upon my Private Property;**
  **[Color of Law case(s) # 201000173(riverdale); #201901731;]**

- **the trespass did and does harm to my property;**

- **the causal agent of the trespass, comes by way of extortion, theft,**
  **torture, deprivation, kidnapping, and harm;**

- **the commencement and the harm began on July ninth, 2020;**

- **the wrong and harm continues to this day April 2, 2022;**

- **i;(we)require compensation for the initial and continual trespass upon**
  **my property;**

- **treble damages for trespass of i(we); man, [acting as foreign**
  **sovereign(s)];**

- **compensation due three hundred seventy five thousand dollar money**
  **order backed by gold;**

- **each moment in the now-time that my private property is arrested,**
  **detained will be charged to each wrongdoer 1 silver dollar per**
  **second;**





**i(we), say here, and will verify in open court, that all herein be true**

**April second, 2022;now-time**

**all rights retained, without recourse, without prejudice**

by: Lance ~Steven:andra: Ⓒ

**all rights retained, without recourse, without prejudice**

by: mark andrew Ⓒ

**all rights retained, without recourse, without prejudice**

by: candi :lee Ⓒ

**(verified)**





# Certificate of Service

cc the man; Spencer(J) Cox
350 N. State Street, Suite 200
Salt Lake City, UT  84114-2220

cc the woman; Deidre (M) Henderson
350 North State Street, Suite 220

 Salt Lake City, Utah 84114-2325


*wrongdoers*

the woman; Shannon Treseder acting as clerk of the court
2525 Grant Avenue
Ogden, Utah 84401

Rhett Potter

2748 Adams Avenue ,Ogden, utah [84403]


Sandra Baltazar

350 McAllister Street Room 1295,

 San Francisco, CA 94102

the man; paul olds
4600 South Weber River Drive,

Riverdale, Utah 84405


the woman Nicole green

4600 South Weber River Drive,

---

Claim-Trespass-Private-Property – 'federal Court' at united States District Court for Utah
Item # CTPP/LSA-0001                    Page 4 of 6





**Riverdale, Utah 84405**

**Jess(L) Anderson**

**South 4501 South 2700 West**

**Salt Lake City, Utah 84129**

**the man; Nicholas Caine**
**2380 Washington Blvd #230**
**Ogden, Utah [84401]**

**the man; Brandon Mortensen**
**4501 S 2700 West**
**Salt Lake City**
**Utah,United States, Utah 84129**

**the woman; cheyenne Fisher**
**721 West 12th street**
**Ogden, Utah 84404**

**the man; ryan arbon**
**1400 Depot Drive**
**Ogden, Utah 84404**

**the man; Joseph (M) bean**
**2525 Grant Avenue**
**Ogden, UT. 84401**

**the man; carl anderson**
**221 25th avenue**
**Ogden, Utah 84401**

**the man Jack Neiger**
**860 E 4500th street, suite 202**
**Salt Lake City, Utah**
**and**

Claim-Trespass-Private-Property – 'federal Court' at united States District Court for Utah





**1300 East Center Street**
**Provo, Utah 84606**


**Letitia Toombs**
**2380 Washington Blvd Ste 230**
**Ogden, UT, 84401-1454**


**the woman; Zoila Burton**
**2525 Grant Avenue**
**Ogden, Utah 84401**


**the man; Jeff Rowell**
**South 4501 South 2700 West**
**Salt Lake City, Utah 84129**


**the man; Edward Kelly**
**1300 E Center St,**
**Provo, UT 84606**


**the woman (T) Strong(unknown)**
**3075 N Main St, Spanish Fork, UT 84660**


**the woman;Luka(unknown)**
**3075 N Main St, Spanish Fork, UT 84660**


**the man; Noel (S) Hyde**
**2525 Grant Avenue**
**Ogden, UT. 84401**


**Dee Smith**
**4471 JeffersonOdgen, Utah 84403**
                                    **(verified)**

Claim-Trespass-Private-Property – 'federal Court' at united States District Court for Utah
Item.# CTPP/LSA-0001                    Page 6 of 6



